IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| ULICO CASUALTY COMPANY, | ) | CASE NO. 05CVH 07 7799 |
| | ) | |
| Plaintiff, | ) | JUDGE F. REECE |
| | ) | |
| v. | ) | |
| | ) | |
| KEYBANK NATIONAL ASSOCIATION, | ) | |
| VICTORY CAPITAL MANAGEMENT, INC. | ) | |
| and JAMES THOMPSON, | ) | |
| | ) | **NOTICE OF FILING PETITION** |
| Defendants. | ) | **FOR REMOVAL** |
| | ) | |

Please take notice that the captioned action has been removed to the United States District Court for the Southern District of Ohio, Eastern Division. A copy of the Petition for Removal, filed with the United States District Court, Southern District of Ohio, Eastern Division, on or about August 17, 2005, is attached hereto for filing with this Court.

Please take further notice that pursuant to 28 U.S.C. § 1446(d), the filing of the Petition for Removal with this Court effects the removal of this action, and this Court shall proceed no further unless and until this action is remanded.

Respectfully submitted,

Karen L. Giffen ( 0042663)
Steven R. Malynn (0067339)
GIFFEN & KAMINSKI, LLC
1717 East Ninth Street, Suite 2100
Cleveland, Ohio 44114
Phone: 216-621-5161
Fax: 216-621-2399
E-mail: KGiffen@thinkgk.com
SMalynn@thinkgk.com

*Attorneys for Defendants KeyBank National Association, Victory Capital Management, Inc., and James Thompson*

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Filing of Petition for Removal has been served by regular U.S. mail this 19th day of August, 2005, upon the following:

Glen R. Pritchard
Clark, Perdue, Roberts, Scot
471 East Broad Street, Suite 1400
Columbus, Ohio  43215-0000

*Attorney for Plaintiff*

Steven R. Malynn