**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ULICO CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:05-CV-791<br><br>Judge Watson<br><br>Magistrate Judge Kemp |

## Entry

Upon motion of Plaintiff Ulico Casualty Company and for good cause shown, Plaintiff's Motion for Leave to File Amended Complaint is granted. Plaintiff may file its Amended Complaint within 14 days from the date of this Entry.

IT IS SO ORDERED.

October 11, 2005                               /s/ Terence P. Kemp
Date                                                   United States Magistrate Judge


Prepared by:
/s/ Glen R. Pritchard_____
**GLEN R. PRITCHARD     (0040453)**
Clark, Perdue, Arnold & Scott
471 East Broad Street, Suite 1400
Columbus, OH 43215
Telephone:   (614) 469-1400
Facsimile:     (614) 469-0900
E-mail: gpritchard@cpaslaw.com

Attorney for Plaintiff