05/25/2004  16:20    614-866-5055
JUL-24-2003  12:42      SEGAL ADVISORS          LEONARD S. SIGALL        216 667 4466      PAGE  20
                                                                                           P.04



# SHEET METAL WORKERS' LOCAL 98 PENSION FUND

S. DANIEL CARRES
Administrator

3033 LAMB ROAD, COLUMBUS, OHIO 43219-2377
PHONE (614) 471-7822
FAX (614) 471-1185
TOLL FREE (877) 848-2933

January 30, 2003

James F. Thompson
Vice President
Institutional Asset Services
Victory Capital Management
88 East Broad Street
Columbus, Ohio 43215

VIA: FAX 614/460-2503

RE: TRANSFER OF FUNDS

Dear Jim:

*Loomis acct*

Would you please debit account number 20-20-207-1087662 in the amount of $2,000,000.00 (Two-Million Dollars), and credit account number 20-20-207-1087661 with the same amount.

Please see that this transfer is handled at your earliest convenience.   *Mellon acct*

If you should need any additional information please let me know.

Yours truly,

*G. Daniel Carres*

G. Daniel Carres
Fund Manager

*funds not tfrd until 2-10 because Loomis had to raise cash.*

cc: file

EXHIBIT

A