**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ULICO CASUALTY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:05-CV-791<br><br>Judge Watson<br><br>Magistrate Kemp |

## Stipulation of Dismissal

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed, with prejudice.


Prepared by:
**/s/ Glen R. Pritchard**
**GLEN R. PRITCHARD     (0040453)**
Clark, Perdue, Arnold & Scott
471 East Broad Street, Suite 1400
Columbus, OH 43215
Telephone:   (614) 469-1400
Facsimile:    (614) 469-0900
E-mail: gpritchard@cpaslaw.com

Attorney for Plaintiff

Agreed by:
**/s/ by Glen R. Pritchard with written authority granted 3/3/2006**
**JEFFREY T. PETERS     (0071181)**
Giffen & Kaminski, LLC
1717 East Ninth Street, Suite 2100
Cleveland, Ohio  44114
Telephone:   (216) 621-5161
Facsimile:    (216) 621-2399
E-mail:      jpeters@thinkgk.com

Attorney for Defendants